S✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2026

SEAN F. McAVOY, CLERK

U.S.A. vs.          Timentwa, Gabriel Elaise          Docket No.     0980 2:24CR00079-RLP-3

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Gabriel Elaise Timentwa, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 20th day of June 2024, under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of federal, state, or local, or tribal law.  Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.  Defendant shall not work for the united States government or any federal or state law enforcement agency, including tribal agencies, without providing notice to United States Probation.  Defendant shall comply with all conditions of supervision imposed by other courts.

**Condition #15:** Alcohol Prohibition: Defendant shall not use or possess any alcoholic beverage.  There shall be no alcohol in the home where Defendant resides.  Defendant shall not go to any establishment where alcohol is the primary item of sale.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 21, 2024, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Timentwa, at which time he acknowledged an understanding of the conditions.

**Violation #1:** Gabriel Elaise Timentwa is alleged to have violated the conditions of pretrial release supervision by being arrested for driving under the influence of alcohol and third degree driving while license suspended on May 3, 2026.

The following information was gathered from Spokane County Sheriff's Office field case report 2026-10058944.

On May 3, 2026, at approximately 1:29 a.m., a deputy with the Spokane County Sheriff's Office was driving in Spokane Valley, Washington, and observed a black Subaru Impreza make a u-turn at an intersection and accelerate quickly. The deputy used a radar gun that registered the speed of the vehicle at 53 miles per hour (MPH).  The speed limit on that roadway was 35 MPH.  Subsequently, the deputy initiated a traffic stop.

Upon contacting the vehicle, Mr. Timentwa was identified as the driver of the vehicle.  Mr. Timentwa had red glassy eyes, slurred speech, and poor finger dexterity.  He reportedly told the deputy he had consumed two alcoholic drinks, in which his last drink was approximately 1 hour prior at a friend's birthday party.

Mr. Timentwa consented to field sobriety testing, but refused field breathalyzer testing. Upon completion of the field sobriety tests, the deputy determined Mr. Timentwa was under the influence and not safe to operate a vehicle.  He was placed under arrest for driving under the influence (DUI) of alcohol and third degree driving while license suspended.

Mr. Timentwa was transported to the Spokane Valley police precinct, where he provided two breath samples. The first results were .147/.147.  The second results were .150/.152.

Subsequently, Mr. Timentwa was booked into the Spokane County Jail for DUI and third degree driving while license suspended.  He was also cited for speeding.

**PS-8**

**Re: Timentwa, Gabriel Elaise**
**May 4, 2026**
**Page 2**

**Violation #2:** Gabriel Elaise Timentwa allegedly violated the conditions of pretrial release supervision by consuming alcohol on or about May 3, 2026.

As noted in Violation #1 of this petition, on May 3, 2026, Mr. Timentwa was arrested for DUI of alcohol. During the DUI investigation, Mr. Timentwa allegedly told law enforcement that he had consumed two alcoholic drinks approximately 1 hour prior. Additionally, he provided two breath samples with the following positive results for the presence of alcohol (.147/.147 and .150/.152).

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:    May 4, 2026 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

**May 4, 2026**
_____
Date